**STATE v. COLLINS**

[358 N.C. 135 (2004)]

STATE OF NORTH CAROLINA v. DOUGLAS EARL COLLINS

No. 528A03

(Filed 6 February 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 585 S.E.2d 481 (2003), finding no error in a judgment entered by Judge L. Oliver Noble in Superior Court, Mecklenburg County. Heard in the Supreme Court 8 December 2003.

*Roy Cooper, Attorney General, by R. Marcus Lodge, Special Deputy Attorney General, for the State.*

*James M. Bell for defendant-appellant.*

PER CURIAM.

AFFIRMED.